FILED
CLERK, U.S. DISTRICT COURT

MAR - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ANDRADE CALLES, ) | NO. ED CV 06-1379 GHK (FMO) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| VICTOR ALMAGER, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _____3/_____, 2008.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE